IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 19, 2008

Charles R. Fulbruge III
Clerk

No. 07-30713
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

NOAH MOORE

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:03-CR-282-1

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

Noah Moore, federal prisoner # 24804-013, appeals the denial of his FED. R. CRIM. P. 33 motion for a new trial. He argues that the Government failed to disclose a tacit agreement with a testifying witness, entitling him to a new trial pursuant to Brady v. Maryland, 373 U.S. 83 (1963).

Nondisclosure of evidence affecting the credibility of a witness whose reliability may be determinative of guilt violates Brady. United States v.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Edwards, 442 F.3d 258, 264 (5th Cir. 2006). There is no record evidence, however, of a tacit promise made by the Government promising the witness leniency in exchange for his testimony. Consequently, Moore has not shown the existence of suppressible evidence, see id. at 266-67; United States v. Nixon, 881 F.2d 1305, 1311 (5th Cir. 1989), and, as such, has not shown an abuse of discretion on the part of the district court in denying his motion for a new trial. See United States v. Infante, 404 F.3d 376, 387 (5th Cir. 2005).

AFFIRMED.